UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60488-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

UNISTATES COMMERCIAL OF
FLORIDA, INC., a Florida Profit Corporation
d/b/a DADDYO'S LIQUORS,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Michael Caplan ("Plaintiff") and Defendant Unistates Commercial of Florida, Inc. d/b/a Daddy O's Liquors ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), hereby notify the Court that the Parties have reached an agreement that resolves all claims that were or could have been brought in this action and have executed a Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties thirty (30) days to finalize the settlement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Jointly submitted this 11th day of June, 2024.

| | |
|---|---|
| **THE ADVOCACY LAW FIRM, P.A.** | **GRAYROBINSON, P.A.** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 1835 E. Hallandale Beach Blvd., #757 | 333 S.E. 2nd Avenue, Suite 3200 |
| Hallandale, Florida 33009 | Miami, Florida 33131 |
| Telephone: (954) 240-3933 | Telephone: (305) 416-6880 |
| | Facsimile: (305) 416-6887 |
| By:  */s/ Ronald E. Stern* | By:  */s/ Anastasia Protopapadakis* |
| Ronald E. Stern, FBN 10089 | Anastasia Protopapadakis, FBN 51426 |
| ronsternlaw@gmail.com | Anastasia.Protopapadakis@Gray-Robinson.com |